DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

CAROLINAS-VIRGINIAS ASSOC. v. INGRAM,
　　COMR. OF INSURANCE

No. 67 PC.

Case below: 39 N.C. App. 688.

Petition by defendants for discretionary review under G.S. 7A-31 denied 1 May 1979.

COZART v. CHAPIN

No. 73 PC.

Case below: 39 N.C. App. 503.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 May 1979.

FUR CO. v. WILDLIFE RESOURCES COMM.

No. 109 PC.

Case below: 40 N.C. App. 609.

Petition by defendants for discretionary review under G.S. 7A-31 denied 1 May 1979.

GARDNER v. GARDNER

No. 87 PC.

Case below: 40 N.C. App. 334.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 May 1979.

GOODEN v. BROOKS, COMR. OF LABOR

No. 70 PC.

No. 39 (Fall Term).

Case below: 39 N.C. App. 519.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 1 May 1979. Motion of plaintiff to dismiss appeal for lack of substantial constitutional question denied 1 May 1979.